**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| NETLIST, INC,               ) | |
|                         ) | |
|        Plaintiff,      ) | Case No. 22-mc-01279 |
|                         ) | |
|        vs.            ) | |
|                         ) | Pending in: The United States District |
| ADVANCED MICRO DEVICES, INC.   ) | Court for the Eastern District of Texas, |
| INC.,                     ) | Marshall Division—No. 2:21-cv-463-JRG |
|                         ) | |
|        Defendant.    ) | |
|                         ) | |
|                         ) | |

**STATUS REPORT AND MOTION FOR AN ORDER TO STAY**
**NETLIST, INC.'S MOTION TO COMPEL ADVANCED MICRO**
**DEVICES, INC. TO COMPLY WITH THE SUBPOENA**

Movant Netlist, Inc. ("Netlist") respectfully submits this Status Report regarding its Motion to Compel Advanced Micro Devices, Inc. ("AMD") to Comply with the Subpoena, filed on December 6, 2022 (the "Motion").

Netlist personally served the Motion on AMD on December 7, 2022 at its registered agent's office at 1999 Bryan Street, Suite 900, Dallas, Dallas County, TX 75201. Netlist further served a courtesy copy of the Motion on counsel for AMD electronically on December 6, 2022. AMD does not dispute the sufficiency of the service of Netlist's Motion.

On December 9, 2022, AMD consented to produce the documents requested in Netlist's Motion and committed to make such documents available for inspection starting from December 12, 2022. In reliance of AMD's representations, Netlist agreed to make this submission and moves this Court to enter an order staying further briefing on the Motion to allow Netlist to review the discovery AMD provides. Netlist expects to be able to update the Court by December 30, 2022.

Through its counsel, AMD reviewed this Status Report prior to its filing, and confirmed to Netlist that AMD agrees to Netlist's submission. Netlist will serve a copy of this Status Report on AMD via email, as the parties have agreed that such service is effective under Rule 5(b)(2)(F) of the Federal Rules of Civil Procedure.

Dated: December 12, 2022                    Respectfully submitted,

                                            */s/ Jennifer L. Truelove*

                                            Samuel F. Baxter
                                            Texas State Bar No. 01938000
                                            sbaxter@mckoolsmith.com
                                            Jennifer L. Truelove
                                            Texas State Bar No. 24012906
                                            jtruelove@mckoolsmith.com
                                            **MCKOOL SMITH, P.C.**
                                            104 East Houston Street Suite 300
                                            Marshall, TX 75670
                                            Telephone: (903) 923-9000

Facsimile: (903) 923-9099

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
Annita Zhong, PhD (*pro hac vice*)
hzhong@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

***Attorneys for Plaintiff Netlist, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has

been served on all counsel of record via ECF notice on December 12, 2022.

*/s/ Jennifer L. Truelove*
Jennifer L. Truelove