UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| Plaintiff, | ) Case No. 22-mc-01279 |
| vs. | ) |
| ADVANCED MICRO DEVICES, INC. INC., | ) Pending in: The United States District Court for the Eastern District of Texas, Marshall Division—No. 2:21-cv-463-JRG |
| Defendant. | ) |

**ORDER**

Having considered the status report and motion to stay filed by Plaintiff Netlist, Inc. on December 12, 2022 regarding the Motion to Compel Advanced Micro Devices, Inc. to Comply with the Subpoena, filed on December 6, 2022, the Court issues the following order:

T IS HEREBY ORDERED that all briefing regarding the Motion is stayed pending further Order of this Court.

IT IS FURTHER ORDERED that Netlist shall, by December 30, 2022, further update this Court regarding its Motion.

**IT IS SO ORDERED**

Date: _____                    _____

United States District Court Judge