IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NETLIST, INC. | § | |
|     PLAINTIFF, | § | CAUSE NO. 1:22-MC-1279-LY |
| | § | (CIVIL ACTION 2:21-CV-463-JRG |
| V. | § | UNITED STATES DISTRICT COURT |
| | § | FOR THE EASTERN DISTRICT |
| ADVANCED MICRO DEVICES, INC., | § | OF TEXAS, MARSHALL DIVISION) |
|     DEFENDANT, | § | |

## ORDER CLOSING CASE

Before the court is the above-styled cause of action. The action, commenced by Plaintiffs, involves only Plaintiffs' Motion to Compel (Doc. #1). On December 29, 2022, Plaintiff filed a Motion to Withdraw Motion to Compel Advanced Micro Devices, Inc., to Comply with the Subpoena (Doc. #8), which was granted on January 3, 2022. Thus, the court finds that all issues in this cause have been resolved.

**IT IS THEREFORE ORDERED** that this action is hereby **CLOSED**.

SIGNED this _4th_ day of January, 2023.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE